McGREGOR W. SCOTT
United States Attorney
DEBORA G. LUTHER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2720

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. EASTHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, C.J. SHIEH, M.D., and DOES I-XXXX, inclusive,<br><br>    Defendants. | Case No. 2-06-cv-00661 WBS/JFM<br><br>DISMISSAL OF CLAIMS AGAINST DEFENDANT UNITED STATES OF AMERICA; STIPULATION TO REMAND ACTION TO STATE COURT; AND ORDER THEREON |

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), plaintiff ROBERT L. EASTHAM hereby DISMISSES WITHOUT PREJUDICE his claims against defendant UNITED STATES OF AMERICA but not his claims against defendant C.J. SHIEH, M.D. As between plaintiff ROBERT L. EASTHAM and defendant UNITED STATES OF AMERICA, each side shall bear their own attorney fees and costs of this action to date.

Furthermore and by their signatures below, the remaining parties hereby stipulate that with the dismissal of all claims against defendant UNITED STATES OF AMERICA, this case is appropriate for remand to the Superior Court for Butte County from which it was removed by former federal defendants Prince Shah, M.D., and Del Norte Health Clinics, Inc.[1]  The parties represent that

---

[1] Prince Shah, M.D., and Del Norte Health Clinics, Inc., who were certified as federal employees, were dismissed as defendants by operation of 28 U.S.C. § 2679 and 42 U.S.C. 233(c) and the United States of America was substituted as defendant in their place.  *See* Certification of Employment and Substitution of Defendants, both filed on or about March 28, 2006.

1

1  there are no remaining federal issues in this action in which plaintiff alleges that he has been injured
2  by the medical negligence of defendants.

3                                              Respectfully submitted,

4                                              /s/ James J. Thompson
   DATED:   5/22/06                            _____
5                                              JAMES J. THOMPSON
                                               Attorney for Plaintiff
6                                              ROBERT L. EASTHAM

7  DATED:   5/22/06                            McGREGOR W. SCOTT
                                               United States Attorney
8
                                               /s/ Debora G. Luther
9                                         By:  _____
                                               DEBORA G. LUTHER
10                                             Assistant U.S. Attorney
                                               Attorneys for Defendant
11                                             UNITED STATES OF AMERICA

12 DATED:   5/22/06                            TWEEDY & HOLLEY
                                               A Law Corporation
13
                                               /s/ Patricia Tweedy
14                                             _____
                                               PATRICIA TWEEDY, Attorney for Defendant
15                                             C.J. SHIEH, M.D.

16

17                      ORDER OF DISMISSAL AND REMAND

18     FOR GOOD CAUSE SHOWN, plaintiff's claims against defendant UNITED STATES OF
19 AMERICA are hereby dismissed without prejudice and this matter is hereby REMANDED to the
20 Superior Court for the State of California for Butte County for further proceedings between plaintiff
21 Robert L. Eastham and defendants C.J. Shieh, M.D., and Does I-XXXX..
22     IT IS SO ORDERED.

23

24 DATED:   May 23, 2006

25

26                                             _____
                                               WILLIAM B. SHUBB
27                                             UNITED STATES DISTRICT JUDGE

28

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on May 22, 2006, she served a copy of **DISMISSAL OF CLAIMS AGAINST DEFENDANT UNITED STATES OF AMERICA; STIPULATION TO REMAND ACTION TO STATE COURT; AND ORDER THEREON,** by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee(s):

James J. Thompson, Esq.
1360 East Lassen Avenue, Suite 4
Chico, California 95973

Patricia Tweedy, Esq.
Grant Lien, Esq.
Tweedy & Holley
2001 "I" Street
Sacramento, California 95814

/s/ Pamela Beauvais
_____
PAMELA BEAUVAIS